IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JOHN SMITH,[1] | § | |
| | § | No. 57, 2019 |
| Respondent Below, | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below–Superior Court |
| | § | of the State of Delaware |
| STATE OF DELAWARE, | § | |
| | § | C.A. No. 171-01070 |
| Petitioner Below, | § | |
| Appellee. | § | |

Submitted: August 15, 2019
Decided: August 16, 2019

## **ORDER**

It appears to the Court that, on July 5, 2019, the Chief Deputy Clerk issued a notice, sent by certified mail, to the appellant to show cause why his appeal should not be dismissed for his failure to file his opening brief and appendix. The appellant failed to accept service of the notice, which was resent to him by first class mail at the address he provided to the Court. The appellant has failed to respond to the notice to show cause within the required ten-day period. Thus, dismissal of this action is deemed to be unopposed.

---

[1] The Court previously assigned a pseudonym to the appellant under Supreme Court Rule 7(d).

NOW, THEREFORE, IT IS HEREBY ORDERED, under Supreme Court Rules 3(b) and 29(b), that the within appeal is DISMISSED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice